IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UMAR CLARK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| WELLS FARGO BANK, | :   CIVIL ACTION NO. |
| | :   1:19-cv-5863-AT |
| | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 6] that Doc. 3], that this action be dismissed for failure to state a plausible claim and failure to obey the Court's lawful February 6, 2020, Order.

No objections have been filed in response to the Magistrate's Report and Recommendation.  In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation that this case be remanded for clear error and finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 6] as the opinion of the Court. This action is **DISMISSED** for failure to obey a lawful Order of the Court and failure to state a plausible claim.

**IT IS SO ORDERED** this 31st day of March, 2020.

_____
**Amy Totenberg
United States District Judge**